82 So.2d 270

### ALABAMA TEXTILE PRODUCTS CORP.

v.

### Curtis H. RODGERS.

### 4 Div. 848.

Supreme Court of Alabama.

Aug. 18, 1955.

Baldwin & Baldwin, Andalusia, for petitioner.

Albritton & Rankin, Andalusia, opposed.

GOODWYN, Justice.

Petition of Curtis H. Rodgers for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Alabama Textile Products Corp. v. Rodgers, 82 So.2d 267.

Writ denied.

LAWSON, STAKELY, MERRILL and MAYFIELD, JJ., concur.

82 So.2d 280

### CALVERT FIRE INSURANCE CO.

v.

### P. Q. MADDOX et al.

### 5 Div. 624.

Supreme Court of Alabama.

Aug. 18, 1955.

Walker & Walker, Opelika, for petitioner.

L. J. Tyner, Opelika, opposed.

MERRILL, Justice.

Petition of Calvert Fire Insurance Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Calvert Fire Ins. Co. v. Maddox, 82 So.2d 277.

Writ denied.

LAWSON, SIMPSON, STAKELY, GOODWYN and MAYFIELD, JJ., concur.

83 So.2d 725

### Roy HANDLEY

v.

### STATE.

### 6 Div. 956.

Supreme Court of Alabama.

Nov. 28, 1955.

John Patterson, Atty. Gen., and Robt. P. Bradley, Asst. Atty. Gen., for the petitioner.

Beddow & Jones, Birmingham, and Marvin H. Galin, Cullman, opposed.

SIMPSON, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Handley v. State, 83 So.2d 722.

Writ denied.

LIVINGSTON, C. J., and GOODWYN and MAYFIELD, JJ., concur.